IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JARROD R. HARRIS, ID # 1407205, ) | |
|     Petitioner, ) | |
| ) | |
| vs. ) | No. 3:08-CV-0598-K |
| ) | |
| NATHANIEL QUARTERMAN, ) | |
| Director, Texas Department of ) | |
| Criminal Justice, Correctional ) | |
| Institutions Division, ) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge; the objections raised thereto; the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge; and the objections raised thereto by both the Petitioner filed on January 30, 2009, and Respondent filed on February 2, 2009, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge, as supplemented, are correct and they are accepted as the Findings and Conclusions of the Court.

Petitioner Objections to the Findings, Conclusions and Recommendations of the United States Magistrate Judge , January 30, 2009, and Respondent Objections to the

Supplemental Findings, Conclusions and Recommendations of the United States Magistrate Judge filed on February 2, 2009, are hereby **OVERRULED**.

SO ORDERED.

SIGNED: February 3rd, 2009.

*Ed Kinkeade*
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**